# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1255
_____

GALVIN L. MCNEAL,

   Appellant,

v.

W.G. YATES & SONS
CONSTRUCTION COMPANY d/b/a
YATES CONSTRUCTION,

   Appellee.

_____


On appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.


January 16, 2019


PER CURIAM.

   AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.


_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Thomas J. Woodford of Phelps Dunbar LLP, Mobile, Alabama, for Appellee.